IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00742–RPM–KMT

TRUSTEES OF THE PIPE INDUSTRY HEALTH AND WELFARE FUND OF COLORADO, an express trust;
TRUSTEES OF THE COLORADO PIPE INDUSTRY ANNUITY AND SALARY DEFERRAL TRUST FUND, an express trust;
TRUSTEES OF THE DENVER PIPE INDUSTRY VACATION FUND; an express trust;
DENVER PIPEFITTERS JOINT APRENTICESHIP AND TRAINING FUND, an express trust;
CONTRACT ADMINISTRATION FUND OF NORTHEASTERN COLORADO, a Colorado corporation;
and
PIPEFITTERS LOCAL UNION NO. 208, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, an unincorporated association,

    Plaintiffs,

v.

BEK SYSTEMS, INC., an Illinois corporation;
and PAUL G. ENGLRAM, an individual.

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' "Motion to Vacate Rule 16(b) Scheduling Conference and Rule 16(b) [sic] Planning Meeting" (#16, filed June 19, 2008) is **GRANTED**. The Scheduling Conference set for July 21, 2008, and associated deadlines for the Rule 26(f) planning meeting, are hereby **VACATED**.

Dated: June 24, 2008