IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00742-RPM-KMT

TRUSTEES OF THE PIPE INDUSTRY HEALTH AND WELFARE FUND OF COLORADO,
an express trust;
TRUSTEES OF THE COLORADO PIPE INDUSTRY ANNUITY AND SALARY DEFERRAL
TRUST FUND, an express trust;
TRUSTEES OF THE DENVER PIPE INDUSTRY VACATION FUND, an express trust;
DENVER PIPEFITTERS JOINT APPRENTICESHIP AND TRAINING FUND, an express trust;,
CONTRACT ADMINISTRATION FUND OF NORTHEASTERN COLORADO, a Colorado
corporation; and
PIPEFITTERS LOCAL UNION NO. 208, UNITED ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED STATES
AND CANADA, an unincorporated association,

        Plaintiffs,
v.

BEK SYSTEMS, INC., an Illinois corporation; and
PAUL G. ENGLRAM, an individual,

    Defendants.

_____

ORDER FOR ENTRY OF JUDGMENT BY DEFAULT
_____

Pursuant to the recommendation of United States Magistrate Judge Kathleen M. Tafoya, filed January 26, 2009, the Court accepts the findings and conclusions stated therein and incorporated by this reference, with the exception of accrual of monthly interest and liquidated damages. It is

ORDERED that judgment will enter for the plaintiffs and against the defendants BEK Systems, Inc., and Paul G. Englram, jointly and severally, in the amount of $30,401.97 with interest on the judgment at the statutory rate.

Dated: March 17th, 2009

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge